IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TYLER WAYNE GARRETT,**                                          **PLAINTIFF**
**ADC #553053**

**V.**                      **CASE NO. 1:19-CV-85-JM-BD**

**KIRK GREEN and**
**LANCE BONDS**                                                 **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections:**

This Recommended Disposition (Recommendation) has been sent to Judge James M. Moody Jr. Mr. Garrett may file written objections to this Recommendation if he disagrees with its findings or conclusion. If objections are filed, they should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. And, if no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Garrett may waive any right to appeal questions of fact.

**II.**     **Discussion:**

Tyler Wayne Garrett, an inmate at the Stone County Jail, filed this civil rights lawsuit without the help of a lawyer. (Docket entry #1) Because Mr. Garrett did not file a complete *in forma pauperis* (IFP) application or pay the $350 statutory filing fee, however, the Court ordered him to do one or the other within thirty days of September 6, 2019. (#5) The Court specifically cautioned Mr. Garrett that his claims could be

dismissed, without prejudice, if he failed to satisfy the filing fee requirement within the time allowed. (#5)

As of this date, Mr. Garrett has neither filed an IFP application nor paid the filing fee, as ordered. The time to do so has expired.

### III. Conclusion:

Mr. Garrett's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's September 6, 2019 Order and his failure to prosecute this lawsuit.

DATED this 8th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE