# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TYLER WAYNE GARRETT,**  **PLAINTIFF**
**ADC #553053**

V.     CASE NO. 1:19-CV-85-JM-BD

**KIRK GREEN and**
**LANCE BONDS**     **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. Mr. Garrett has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Garrett's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's September 6, 2019 Order and his failure to prosecute this lawsuit.

IT IS SO ORDERED, this 28th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE