IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TYLER WAYNE GARRETT,**                                   **PLAINTIFF**
**ADC #553053**

**V.**                  **CASE NO. 1:19-CV-85-JM-BD**

**KIRK GREEN and**
**LANCE BONDS**                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 28th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE